UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

Washington
-v-
Good et al

USCA NO. _____

SDNY NO. **07cv 7150**

JUDGE: **KMW**

DATE: **Sept. 4, 2007**

*U.S. DISTRICT COURT FILED SEP 0 4 2007 S.D. OF N.Y.* (stamp)

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) ____THOMAS PISARCZYK____
FIRM ____APPEALS SECTION____
ADDRESS ____UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY____
____500 PEARL STREET, NEW YORK, NEW YORK 10007____
PHONE NO. ____(212) 805-0636____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------

DOCUMENTS                                                                DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                                       (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **4th** Day of **SEPTEMBER** 2007.

**United States District Court for
the Southern District of New York**

Date: **Sept. 4, 2007**

U.S.C.A. # _____

U.S.D.C. # **07cv7150**

D.C. JUDGE **KMW**

-----

*Washington*

-V-

*Good et al*

-----

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **1** Through **5**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **4th** Day of **SEPT.** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07150-KMW
#### Internal Use Only

Washington v. Goord et al
Assigned to: Judge Kimba M. Wood
Demand: $1,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 08/10/2007
Date Terminated: 08/10/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Dexter Washington.(mbe) (Entered: 08/21/2007) |
| 08/10/2007 | 2 | COMPLAINT against Glenn S. Goord, Brian Fisher, Anthony J. Annucci, John Burge, Margaret Dushnatinski, Alan Murphy, Mary Price. Document filed by Dexter Washington.(mbe) (Entered: 08/21/2007) |
| 08/10/2007 | | Magistrate Judge Frank Maas is so designated. (mbe) (Entered: 08/21/2007) |
| 08/10/2007 | 3 | ORDER OF DISMISSAL I grant plaintiff's request to proceed in forma pauperis, but dismiss the complaint for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted. Pursuant to 28 U.S.C. 1915(e)(2)(B)(ii). The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/10/2007) (mbe) (Entered: 08/21/2007) |
| 08/10/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/10/2007) (mbe) (Entered: 08/21/2007) |
| 08/29/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Dexter Washington. Copies sent to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 09/04/2007) |
| 08/29/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Dexter Washington. $455.00 APPEAL FEE DUE. IFP REVOKED 8/10/07. (tp) (Entered: 09/04/2007) |
| 09/04/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 09/04/2007) |
| 09/04/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 09/04/2007) |