UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
DEXTER WASHINGTON,
:                **ORDER DENYING**
Plaintiff,                     **REQUEST FOR COUNSEL**
:
-v.-                                          07 Civ. 7150 (LTS)(FM)
:

COMMISSIONER GLENN S. GOORD, :
et al,
:
Defendants.
:
------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    The plaintiff in this proceeding seeks the appointment of pro bono counsel pursuant to 28 U.S.C. § 1915 (e) (1). The Second Circuit's decision in Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989), indicates that the threshold inquiry on such an application is whether the case has merit. If it appears that the case has merit, the Court must next consider the plaintiff's ability to pay for private counsel, efforts to obtain unpaid counsel, and ability to present the case without assistance. Id. The Court must also be mindful that the supply of volunteer counsel is limited.

    In my judgment, the plaintiff has not yet made a showing sufficient to warrant the requested appointment. Accordingly, the plaintiff's application is denied without prejudice to its renewal at a later time.

    SO ORDERED

Dated: New York, New York
       August 7, 2008

                                                       FRANK MAAS
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

Copies to:

Honorable Laura Taylor Swain
United States District Judge

Dexter Washington
#98-A-0228
Auburn Correctional Facility
P.O. Box 618
Auburn, New York  13021